IN THE UNITED STATES BANKRUPTCY COURT
Western District of Arkansas
FAYETTEVILLE DIVISION

IN RE:  Steven and Mandy Flynn, DEBTOR

CASE NO. 5:11-bk-72748
CHAPTER 13

**MODIFICATION OF CHAPTER 13 PLAN**

COMES NOW the above named Debtor(s), and for their modification to the original or modified Chapter 13 plan states:

1. **Payment to the Trustee:**

    The Debtor proposes to pay $   PER MONTH TO THE TRUSTEE.

    Indicate how often the Debtor is paid by checking the appropriate box below:
    ___ weekly        ___ semi-monthly     ___ other: _____
    ___ bi-weekly     ___ monthly

2. **The Plan Length:**

    Increase plan length to _____ months.

    Decrease plan length to _____ months.

- A debtor must pay all disposable income into the plan for the benefit of unsecured creditors for no less than 36 months (unless unsecured are being paid 100%) and the plan length shall not exceed 60 months.

3. **Unsecured Creditors** are to be paid a _____ dividend.

4. **Modified Treatment of Existing Creditors:**

    The following **changes** are to be made to each creditor as set out below:

    | Creditor Name | Change in Treatment/Classification |
    |---|---|
    | (1) Compass Bank | Creditor is to receive the value of the collateral, $17,373.66, payable at 5.25% per annum at the monthly rate of $329.86. |
    | (2) | |
    | (3)_____ | _____ |
    | (4)_____ | _____ |
    | (5)_____ | _____ |

5. **Addition of Secured Creditors to the Plan:**
   Secured creditors who will retain their liens and be paid the value of their collateral of the amount of their debt, whichever is less, shall be paid as follows. Any amount claimed in excess of the value of the collateral will be treated as a nonpriority unsecured creditor.

   ** Please indicate any debts which will extend beyond the length of the plan. Such debts <u>MUST</u> have a "monthly payment" proposed. Also, if the debt is in default, you <u>must provide separately</u> for such default.

   | Creditor Name/Address | Net Payoff | Value | Unsecured Portion | Int rate * Pd by Plan | Monthly Payment |
   |---|---|---|---|---|---|
   | (1) _____ | _____ | ____ | _____ | _____ | _____ |
   | (2) _____ | _____ | ____ | _____ | _____ | _____ |
   | (3) _____ | _____ | ____ | _____ | _____ | _____ |
   | (4) _____ | _____ | ____ | _____ | _____ | _____ |

   *If this space is blank, no interest is to be paid.

6. **Addition of Priority Creditors to the Plan:** Such as taxes or wages.
   The following creditors are added to the plan and shall be paid as follows:

   | Creditor Name/Address | Per month, if any | Total Debt |
   |---|---|---|
   | (1) _____ | _____ | _____ |
   | (2) _____ | _____ | _____ |
   | (3) _____ | _____ | _____ |
   | (4) _____ | _____ | _____ |

7. **Addition of Unsecured Creditors to the Plan:**
   The following unsecured creditors are added to the plan. Each creditor must be classified as a "PRE" or "POST" petition creditor and shall be paid as follows:

   **PRE-PETITION** Unsecured creditors shall be paid a pro-rata dividend.

   **POST-PETITION** Unsecured creditors shall be paid a _____ dividend.

   | Creditor Name/Address | Classification | Total Debt |
   |---|---|---|
   | (1) | | |
   | (2) _____ | _____ | _____ |
   | (3) _____ | _____ | _____ |
   | (4) _____ | _____ | _____ |

8. **Unsecured Creditors** shall be paid at least as much as they would receive under a Chapter 7.

9. **All other provisions remain unchanged except as provided for in addendum.**

___ See attached addendum

Date: September 15, 2011          /s/ Emily J. Henson
                                   Attorney for Debtor
                                   PO Box 824
                                   Springdale, AR 72765-0824
                                   (479) 361-8770
                                   Fax: (888) 804-8367

IN THE UNITED STATES BANKRUPTCY COURT
Western District of Arkansas
FAYETTEVILLE DIVISION

IN RE:  Steven and Mandy Flynn, DEBTOR

CASE NO. 5:11-bk-72748
CHAPTER 13

### NOTICE OF OPPORTUNITY TO OBJECT TO MODIFIED PLAN BEFORE CONFIRMATION

You are hereby notified that the captioned Debtor(s) has/have filed the attached modified plan pursuant to 11 U.S.C. §1323 and Rule 3015 of the Rules of Bankruptcy Procedure. Objections to confirmation of the modified plan must be filed with the Bankruptcy Court at 35 E. Mountain Street, Room 316, Fayetteville, AR 72701, in writing within 28 days from the date of this notice, with copies to the attorney for Debtor(s) and to the Standing Chapter 13 Trustee, Joyce Bradley Babin, at P.O. Box 8064, Little Rock, AR 72203.

If objections to confirmation of the modified plan are filed, they will be set by hearing by subsequent notice. If no objections are received, the plan as modified may be confirmed without further notice or hearing.

RESPECTFULLY SUBMITTED,

Steven and Mandy Flynn

Date:  September 15, 2011        /s/ Emily J. Henson
                                 Emily J. Henson, AR#2006124
                                 PO Box 824
                                 Springdale, AR 72765-0824
                                 (479) 361-8770
                                 Fax:  (888) 804-8367

### CERTIFICATE OF MAILING

I, the abovesigned, hereby certify that copies of the foregoing notice and attached Modified Chapter 13 Plan have been mailed to or electronically delivered to:

| | |
|---|---|
| Chapter 13 Trustee<br>Joyce Bradley Babin, Trustee<br>P.O. Box 8064<br>Little Rock, AR 72203 | Internal Revenue Services<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Dept. of Finance & Administration<br>Legal Division<br>P.O. Box 3628<br>Little Rock, AR 72203 | U.S. Attorney Western District<br>P.O. Box 1524<br>Fort Smith, AR 72902 |
| Employment Security Division<br>Legal Division<br>P.O. Box 2981<br>Little Rock, AR 72203 | U.S. Attorney, Eastern District<br>P.O. Box 122<br>Little Rock, AR 72203 |

and to all of the creditors whose name and addresses are set forth on the following page(s):

| | | |
|---|---|---|
| AES<br>PO Box 2461<br>Harrisburg, PA 17101 | Bankcard Services<br>PO Box 84013<br>Columbus, GA 31908-4013 | Best Buy<br>PO Box 15521<br>Wilmington, DE 19850-5521 |
| Chase<br>PO Box 94014<br>Palatine, IL 60094-4014 | Chrysler Financial<br>PO Box 9001921<br>Louisville, KY 40290-1921 | Citi/Ashley Furniture Homestor<br>PO Box 22060<br>Tempe, AZ 85285-2060 |
| Compass Bank<br>PO Box 192<br>Birmingham, AL 35201-0192 | CPU/ Citibank CBSDNA<br>PO Box 6003<br>Hagerstown, MD 21747-6003 | Discover<br>PO Box 30395<br>Salt Lake City, UT 84130-0395 |
| GE Money Bank / Ashley Furnitu<br>PO Box 960061<br>Orlando, FL 32896-0061 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JC Penney<br>PO Box 960001<br>Orlando, FL 32896 |
| Justice<br>PO Box 659728<br>San Antonio, TX 78265-9728 | LCA Collections<br>PO Box 2240<br>Burlington, NC 27216-2240 | Mercy Medical Center<br>PO Box 504664<br>Saint Louis, MO 63150-4664 |
| Mercy Medical Clinics NWA<br>PO Box 504891<br>Saint Louis, MO 63150-4891 | NCO Financial Systems<br>PO Box 15372<br>Wilmington, DE 19850 | Old Navy<br>PO Box 103065<br>Roswell, GA 30076 |
| Pinnacle Women's Health Care<br>PO Box 504303<br>Saint Louis, MO 63150-4303 | Regions Mortgage<br>PO Box 1860 Dept. 2520<br>Birmingham, AL 38101 | Sams<br>P.O. Box 105980<br>Atlanta, GA 30353 |
| SE Emergency Physicians<br>PO Box 740023<br>Cincinnati, OH 45274-0023 | St. Mary's Hospital<br>PO Box 504276<br>Saint Louis, MO 63150-4276 | State of Arkansas Dept. of Fin<br>PO Box 1272<br>Little Rock, AR 72201 |
| Target<br>PO Box 660170<br>Dallas, TX 75266-0170 | Tiburon Financial<br>PO Box 10050<br>Fayetteville, AR 72703 | US Bank<br>PO Box 790408<br>Saint Louis, MO 63179-0408 |
| Wells Fargo Mortgage<br>PO Box 1225<br>Charlotte, NC 28201-1225 | Western Federal Credit Union<br>PO Box 10018<br>Manhattan Beach, CA 90267-7518 | Zales<br>Processing Center<br>Des Moines, IA 50364-0001 |